No. 12–6910. BROWN v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–6999. BIRDETTE v. FIRSTSOURCE ADVANTAGE, LLC, ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–7146. JOHNSON v. UNITED STATES;
No. 12–7175. DANIELS v. UNITED STATES;
No. 12–7176. WILSON v. UNITED STATES;
No. 12–7183. LEE v. UNITED STATES;
No. 12–7198. MONROE v. UNITED STATES; and
No. 12–7410. HOLMES v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of these petitions. Reported below: 486 Fed. Appx. 756.

No. 12–7380. MUNOZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7429. SALIM v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR and JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7464. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7500. MILLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–7556. LEONARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–1464. WHITE v. MERCADO ET AL., ante, p. 822;
No. 11–1495. WHITE v. CITY OF WAUKEGAN, ILLINOIS, ET AL., ante, p. 824;

No. 11–10082.  WADDLETON v. TEXAS, *ante*, p. 832;

No. 11–10112.  MURRAY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 833;

No. 11–10278.  PERRY v. TEXAS, *ante*, p. 838;

No. 11–10368.  BOULDS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 841;

No. 11–10401.  FLEMING v. FLORIDA, *ante*, p. 842;

No. 11–10429.  MOSLEY v. BOWDEN ET AL., *ante*, p. 843;

No. 11–10576.  HARDING v. OSBORN, JUDGE, CIRCUIT COURT OF VIRGINIA, 10TH JUDICIAL CIRCUIT, *ante*, p. 849;

No. 11–10692.  LAWN v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 962;

No. 11–10727.  NEAL v. FLORIDA, *ante*, p. 858;

No. 11–10746.  GRAUBERGER v. DOOLEY, WARDEN, *ante*, p. 860;

No. 11–10750.  REED v. FLORIDA PAROLE COMMISSION, *ante*, p. 860;

No. 11–10755.  STRICKLAND v. RRR BOWIE, LLC, *ante*, p. 860;

No. 11–10805.  WHITMORE v. HILL ET AL., *ante*, p. 863;

No. 11–10889.  IN RE SCOTT, *ante*, p. 811;

No. 11–10946.  DUNN v. EDMONDS ET AL., *ante*, p. 870;

No. 11–10995.  IN RE HICKINGBOTTOM, *ante*, p. 811;

No. 11–11030.  GARZA v. KANSAS, *ante*, p. 875;

No. 11–11085.  DODD v. BOARD OF EDUCATION, BRUNSWICK COUNTY SCHOOLS, *ante*, p. 878;

No. 11–11137.  HAMPTON v. CAIN, WARDEN, *ante*, p. 1026;

No. 12–180.  JEWUSIAK v. SANDY KAYE CONDOMINIUM ASSN., INC., *ante*, p. 978;

No. 12–237.  TRANCOS, INC. v. BALSAM, *ante*, p. 979;

No. 12–252.  KULESA v. REX, *ante*, p. 979;

No. 12–253.  IN RE FESSLER, *ante*, p. 977;

No. 12–395.  SPEAR v. MONTANA ET AL., *ante*, p. 999;

No. 12–5057.  LADEAIROUS v. SUPREME COURT OF VIRGINIA, *ante*, p. 892;

No. 12–5108.  VETETO v. SUPREME COURT OF ALABAMA ET AL., *ante*, p. 895;

No. 12–5276.  JUDY v. OBAMA, PRESIDENT OF THE UNITED STATES, ET AL., *ante*, p. 904;

No. 12–5310.  LACHIRA *v.* SUTTON LAND LLC ET AL., *ante,* p. 906;

No. 12–5392.  BOWEN *v.* BOWEN, *ante,* p. 910;

No. 12–5534.  SCHAD *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, *ante,* p. 945;.

No. 12–5588.  COKE *v.* NEW YORK, *ante,* p. 947;

No. 12–5687.  GERHARTZ *v.* PUGH, WARDEN, *ante,* p. 921;

No. 12–5783.  LOMAX *v.* DAVIS, WARDEN, ET AL., *ante,* p. 965;

No. 12–5784.  VONDAL *v.* FRINK, WARDEN, ET AL., *ante,* p. 965;

No. 12–5807.  CHERER *v.* FRAZIER ET AL., *ante,* p. 966;

No. 12–5809.  KENDRICK *v.* CAVANAUGH ET AL., *ante,* p. 966;

No. 12–5828.  JOHNSON *v.* CALIFORNIA (two judgments), *ante,* p. 966;

No. 12–5886.  FROST *v.* F & R REALTY TRUST ET AL., *ante,* p. 983;

No. 12–5900.  PHILLIPS *v.* UNITED STATES ET AL., *ante,* p. 952;

No. 12–5931.  BARGO *v.* UNITED STATES, *ante,* p. 926;

No. 12–6011.  CASWELL *v.* LAVALLEY, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, *ante,* p. 985;

No. 12–6068.  DAVIS *v.* UNITED STATES POSTAL SERVICE ET AL., *ante,* p. 987;

No. 12–6072.  REYES *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 1000;

No. 12–6091.  BIRDETTE *v.* SUPERIOR COURT OF GEORGIA, DOUGLAS COUNTY, *ante,* p. 987;

No. 12–6113.  HIMMELREICH *v.* FEDERAL BUREAU OF PRISONS ET AL., *ante,* p. 987;

No. 12–6164.  STURMAN *v.* UNITED STATES, *ante,* p. 957;

No. 12–6166.  D. M. *v.* NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES, *ante,* p. 988;

No. 12–6221.  HITCHCOCK *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 988;

No. 12–6231.  PARKER *v.* UNITED STATES, *ante,* p. 969;

No. 12–6247.  DANIELS *v.* JONES, WARDEN, *ante,* p. 1001;

No. 12–6256.  VANN *v.* GILBERT ET AL., *ante,* p. 988;

No. 12–6290.  SIMS *v.* PRESKA, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, *ante,* p. 988;

No. 12–6301.  LUELLEN *v.* UNITED STATES, *ante*, p. 989;

No. 12–6330.  IN RE ROSA, *ante*, p. 977;

No. 12–6457.  STATON *v.* REYNOLDS, WARDEN, *ante*, p. 1002;

No. 12–6518.  BAEZ *v.* UNITED STATES, *ante*, p. 994; and

No. 12–6633.  IN RE SINGLETON, *ante*, p. 997.  Petitions for rehearing denied.

No. 12–159.  WILLIAMS ET UX. *v.* JPMORGAN CHASE BANK ET AL., *ante*, p. 959.  Petition for rehearing denied.  JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–5101.  ROLLNESS *v.* UNITED STATES, *ante*, p. 932;

No. 12–5938.  PEER *v.* UNITED STATES, *ante*, p. 935; and

No. 12–5944.  CESAL *v.* CROSS, WARDEN, *ante*, p. 935.  Petitions for rehearing denied.  JUSTICE KAGAN took no part in the consideration or decision of these petitions.

No. 12–5606.  CREAMER *v.* ESIS CLAIMS UNIT ET AL., *ante*, p. 934; and

No. 12–5833.  CREAMER *v.* SMITH COUNTY SHERIFF'S DEPARTMENT, *ante*, p. 966.  Motions for leave to file petitions for rehearing denied.

JANUARY 8, 2013

No. 11–338.  DECKER, OREGON STATE FORESTER, ET AL. *v.* NORTHWEST ENVIRONMENTAL DEFENSE CENTER; and

No. 11–347.  GEORGIA-PACIFIC WEST, INC., ET AL. *v.* NORTHWEST ENVIRONMENTAL DEFENSE CENTER.  C. A. 9th Cir.  [Certiorari granted, 567 U. S. 933.]  Motion of petitioners in No. 11–338 for leave to file supplemental brief after argument granted.  Other parties to these cases and the Solicitor General may file supplemental briefs, not to exceed 3,000 words each, addressing the effect of the Environmental Protection Agency's amendment to its stormwater-discharge rule on or before Tuesday, January 22, 2013.  JUSTICE BREYER took no part in the consideration or decision of this motion.

JANUARY 11, 2013

No. 11–1221.  HILLMAN *v.* MARETTA.  Sup. Ct. Va.  Certiorari granted.